

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE SEALED MATTER : CR. NO. 1:13-CR-0109

## MOTION TO SEAL

AND NOW, the United States of America, by its undersigned counsel, moves pursuant to Rule 6 of the Federal Rules of Criminal Procedure to file the documents accompanying this Motion under seal for the reasons set forth in the accompanying sealed declaration in support of the government's motion to seal.

WHEREFORE, for the foregoing reasons, the United States moves to seal this Motion and the above-referenced pleadings. For the convenience of the Court, a proposed form of Order is attached.

Respectfully submitted,
PETER J. SMITH
United States Attorney

s/ Daryl F. Bloom
DARYL F. BLOOM
Assistant U.S. Attorney

PA 73820
228 Walnut Street
Harrisburg, PA 17108
(717) 221-4482 telephone
(717) 221-4493 facsimile
Daryl.Bloom@usdoj.gov