# GOVERNMENT'S EXHIBIT LIST

## United States of America v. Maria Colvard

**Case No. 1:13-CR-109-001**                                      **Chief Judge Conner**

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|-----|-----|-------------------------------|------------|----------|--------|------------------|
| 1 | | Time Card Report 1/1/2013-5/18/2013 Merarys Paulino | | | | |
| 2 | | Letter from Maria Colvard to Cristina Gutierrez, undated | | | | |
| 3 | | Letter from Joseph C. Korsak to Maria Colvard, dated February 26, 2013 | | | | |
| 4 | | LaBella Williams business card | | | | |
| 5 | | Cristina's Tax Service Client List | | | | |
| 6 | | Electronic Filing Identification Number (EFIN) Letter to Leonardo Gutierrez | | | | |
| 7 | | Payment Confirmation for PTIN Sign-up (Renewal) | | | | |
| 8 | | Latino Tax College Certificate of Completion for Maria Gutierrez | | | | |
| 9 | | Commonwealth of Pennsylvania, Department of State, Notary Commission | | | | |
| 10 | | 2012 Form 1099-MISC for Maria Cristina Gutierrez | | | | |
| 11 | | 2011 Form 1099-MISC for Maria Cristina Gutierrez | | | | |

# GOVERNMENT'S EXHIBIT LIST

## United States of America v. Maria Colvard

**Case No. 1:13-CR-109-001**                                             **Chief Judge Conner**

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 12 | | 2010 Form 1099-MISC for Maria Cristina Gutierrez | | | | |
| 13 | | Email from Joseph C. Korsack to Ms. Williams, dated 2/26/2013 | | | | |
| 14 | | Facsimile from Cristina Gutierrez to Ms. Williams (215-475-4558) | | | | |
| 15 | | Cristina's Tax Service Employer Identification Number | | | | |
| 16 | | IRS e-file Application Submission | | | | |
| 17 | | EIN Individual Request - Online Application | | | | |
| 18 | | Pennsylvania Department of State Corporation Bureau Domestic Signature Form | | | | |
| 19 | | Pennsylvania Department of State Corporation Bureau Certificate of Organization | | | | |
| 20 | | IRS email network records | | | | |
| 21 | | Email from maria_colvard@yahoo.com to Cristina Gutierrez | | | | |

# GOVERNMENT'S EXHIBIT LIST

## United States of America v. Maria Colvard

**Case No. 1:13-CR-109-001**                                                      **Chief Judge Conner**

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|-----|-----|-------------------------------|------------|----------|--------|------------------|
| 22 | | Partially Recorded telephone call from Ms. Williams to Cristina Gutierrez on 3/27/13 | | | | |
| 23 | | Transcript of Audio Recording, Exhibit 22 | | | | |
| 24 | | Fraudulent IRS Letter from LaBella Williams to Leonardo Gutierrez | | | | |
| 25 | | Facsimile from Cristina Gutierrez to Ms. Williams with attachments. | | | | |
| 26 | | Audio Recording of Telephone conversation on April 11, 2013 | | | | |
| 27 | | Transcript of Audio Recording, Exhibit 26 | | | | |
| 28 | | Audio/Video Recording of meeting between Maria Colvard and Cristina Gutierrez on April 30, 3013 | | | | |
| 29 | | Transcript of Audio Recording, Exhibit 28 | | | | |
| 30 | | Audio recording of voicemail message from Maria Colvard to Cristina Gutierrez on May 1, 2013. | | | | |
| 31 | | Transcript of Audio Recording, Exhibit 30 | | | | |
| | | | | | | |

# GOVERNMENT'S EXHIBIT LIST

## United States of America v. Maria Colvard

**Case No. 1:13-CR-109-001**                                                                 **Chief Judge Conner**

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 32 | | Audio recording of telephone call between Maria Colvard and Cristina Gutierrez on May 1, 2013 | | | | |
| 33 | | Transcript of Audio Recording, Exhibit 32 | | | | |
| 34 | | Yahoo Subpoena response, dated May 3, 2013 re: maria_colvard@yahoo.com | | | | |
| 35 | | Copies of text messages between Maria Colvard and Cristina Gutierrez (5/2/13 - 5/7/13) | | | | |
| 36 | | Audio/Video Recording of meeting between Maria Colvard, LaBella Williams and Cristina Gutierrez on May 10, 2013 | | | | |
| 37 | | Transcript of Audio Recording, Exhibit 36 | | | | |
| 38 | | Sony Recorder | | | | |
| 39 | | Audio Recording from Sony Recorder of meeting between Maria Colvard, LaBella Williams and Cristina Gutierrez on May 10, 2013 | | | | |
| 40 | | Transcript of Audio Recording, Exhibit 39 | | | | |

# GOVERNMENT'S EXHIBIT LIST

### United States of America v. Maria Colvard

**Case No. 1:13-CR-109-001**                                                                 **Chief Judge Conner**

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 41 | | Audio Recording from Sony Recorder of meeting between Maria Colvard, LaBella Williams and Cristina Gutierrez on May 10, 2013 | | | | |
| 42 | | Transcript of Audio Recording, Exhibit 41 | | | | |
| 43 | | Documents taken from Merarys Paulino upon arrest | | | | |
| 44 | | Photographs of contents of Merarys Paulino's cellular telephone | | | | |
| 45 | | Vonage records for Subject Telephone No. 215-774-1539 | | | | |
| 46 | | J2 Global, Inc. records User Contact Data for:   215-475-4558 | | | | |
| 47 | | J2 Global, Inc. records User Contact Data for:   215-475-4558 | | | | |
| 48 | | Comcast Subpoena response re:   IP address 174.60.128.72 | | | | |

# GOVERNMENT'S EXHIBIT LIST

## United States of America v. Maria Colvard

**Case No. 1:13-CR-109-001**                                                                 **Chief Judge Conner**

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|-----|-----|-------------------------------|------------|----------|--------|------------------|
| 49 | | Comcast Subpoena response re:   IP address 174.55.115.214 | | | | |
| 50 | | Fax from Cristina's Tax Service to (215) 475-4558 | | | | |
| 51 | | Handwritten note of facsimile and telephone numbers for Ms. Williams | | | | |
| 52 | | Email from Maria Colvard to Merarys Paulino, dated May 10, 2013 | | | | |
| 53 | | Email from Maria Colvard to Merarys Paulino, dated April 20, 2013 | | | | |
| 54 | | Email from Maria Colvard to Merarys Paulino, dated March 9, 2013 | | | | |
| 55 | | Department of the Treasury, TIGTA Forensic Science Laboratory Report, dated June 19, 2013 | | | | |
| 56 | | Photographs taken on January 6, 2014 | | | | |
| 57 | | Chambersburg Police Department Incident Report Memo 2014-00152 | | | | |

# GOVERNMENT'S EXHIBIT LIST

## United States of America v. Maria Colvard

**Case No. 1:13-CR-109-001**                                   **Chief Judge Conner**

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|-----|-----|-------------------------------|------------|----------|--------|------------------|
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |